# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GUANGZHOU LUCK COMMERCE CO. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS ON SCHEDULE "A," <br><br> Defendants. | Case No. 22 cv 6320 <br><br> District Judge Virginia M. Kendall |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs GUANGZHOU LUCK COMMERCE CO. LTD., ("Plaintiffs") hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| shenzhenshijiqiaowangluokejiyouxiangongsi | 59 |
| dongguanshisuyingshangmaoyouxiangongsi | 12 |
| haimuzhou | 35 |
| kaifenghaozhizhishangmaoyouxiangongsi | 26 |

DATED  October 06, 2023

Respectfully submitted,

/s/ James A. Karamanis  
James A. Karamanis  
Barney & Karamanis, LLP  
Two Prudential Plaza  
180 N. Stetson, Ste 3050  
Chicago, IL 60601  
Tel.: 312/553-5300  
Attorney No. 6203479  
James@bkchicagolaw.com

*ATTORNEY FOR PLAINTIFFS*